**2002–1491. State ex rel. Grigsby v. Court of Appeals.**
In Mandamus and Prohibition. On motion to dismiss of Terri A. Mazur, Clerk, and the Second District

Court of Appeals, Greene County, Ohio, motion to dismiss of Dan Foley, Clerk of Courts of Montgomery County, Ohio, and motion to dismiss of Second District Court of Appeals. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.